ACCEPTED
15-24-00128-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/19/2024 2:16 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-24-00128-CV**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/19/2024 2:16:19 PM
~~CHRISTOP~~HER A. PRINE
Clerk

**IN THE COURT OF APPEALS
FOR THE FIFTEENTH DISTRICT OF TEXAS
AUSTIN, TEXAS**

**HARBOR AMERICA CENTRAL, INC.,**
*Appellant,*

**v.**

**WILLIAM REEVES,**
*Appellee.*

On Appeal from the 55th District Court of Harris County, Texas
Trial Court No. 2017-25574

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
RESPONSE TO MOTION TO TRANSFER APPEAL**

TO THE HONORABLE COURT OF APPEALS:

Appellant, Harbor America Central, Inc., respectfully files this unopposed motion for extension of time to file its response to Appellee's Motion to Transfer Appeal to Fourteenth Court of Appeals, and would show the Court as follows:

1.     The present deadline for filing the response is December 26, 2024.

2.     Appellant seeks a 30-day extension, until January 25, 2025, to file its response.

3.     This is Appellant's first request for an extension of time to file the response.

4.     This motion is unopposed.

5.     The parties are now in discussions that may moot the need for action on the motion, and they expect to conclude those discussions in early January.

6.     Additionally, the current deadline falls in the midst of the holidays, making it difficult to collaborate on the response.

7.     This motion is not filed for the purpose of delay, but to allow counsel adequate time to prepare the response (should it prove necessary to file one).

For these reasons, Appellant respectfully requests an extension of time to file its response until January 25, 2025.

Respectfully submitted,

BECK REDDEN LLP

By:     */s/ Russell S. Post*
        Joshua S. Smith
        State Bar No. 24093173
        jsmith@beckredden.com
        Russell S. Post
        State Bar No. 00797258
        rpost@beckredden.com
1221 McKinney Street, Suite 4500
Houston, Texas 77010
Telephone: (713) 951-3700

ATTORNEYS FOR APPELLANT,
HARBOR AMERICA CENTRAL, INC.

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for Appellee concerning this motion, and Appellee's counsel informed me that Appellee does not oppose the requested extension.

/s/ Russell S. Post
Russell S. Post

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2024 a true and correct copy of the foregoing motion has been electronically filed and served on all counsel.

/s/ Russell S. Post
Russell S. Post

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Laura Crain on behalf of Russell Post
Bar No. 797258
lcrain@beckredden.com
Envelope ID: 95513162
Filing Code Description: Motion
Filing Description: Unopposed Motion for Extension of Time to File Response to Motion to Transfer Appeal
Status as of 12/19/2024 2:24 PM CST

Associated Case Party: Harbor America Central, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Russell S.Post | | rpost@beckredden.com | 12/19/2024 2:16:19 PM | SENT |
| Joshua S.Smith | | jsmith@beckredden.com | 12/19/2024 2:16:19 PM | SENT |

Associated Case Party: William Reeves

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Ryan Pigg | 24088227 | rpigg@txattorneys.com | 12/19/2024 2:16:19 PM | SENT |
| Thomas Holler | 24126898 | choller@txattorneys.com | 12/19/2024 2:16:19 PM | SENT |
| William DavidGeorge | | dgeorge@georgeappeals.com | 12/19/2024 2:16:19 PM | SENT |
| Lionel Sims | 24107465 | lsims@txattorneys.com | 12/19/2024 2:16:19 PM | SENT |
| Anthony G.Buzbee | | tbuzbee@txattorneys.com | 12/19/2024 2:16:19 PM | SENT |
| Chris J.leavitt | | cleavitt@txattorneys.com | 12/19/2024 2:16:19 PM | SENT |
| Anthony Buzbee | 24001820 | ledelacruz@txattorneys.com | 12/19/2024 2:16:19 PM | ERROR |